**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-21182-CIV-ALTONAGA**

**HAZEL LOPEZ**,

Plaintiff,

v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS)**,

Defendant.
_____________________________________/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff, Hazel Lopez's Complaint for Relief Under the Administrative Procedures Act, Declaratory Act, and Alternatively, Relief Under the Mandamus Act [ECF No. 1], filed on March 12, 2025. Plaintiff seeks an order compelling Defendant, U.S. Citizenship and Immigration Services ("USCIS"), to immediately adjudicate her reopened NACARA § 202 Application. (*See generally* Compl.). Plaintiff alleges that Defendant has improperly withheld action on the NACARA § 202 Application for "a quarter century[.]" (*Id.* at ¶ 10 (alteration added)). The undersigned adopts the well-reasoned analysis contained in *De Donado v. Swacina*, 486 F. Supp. 2d 1360 (S.D. Fla. 2007), pertaining to the Court's power to hear the merits of a plaintiff's immigration application, or to remand the case to the USCIS for further proceedings.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall forthwith serve Defendant with her Complaint and a photocopy of this Order. This case is remanded to the USCIS. The USCIS is ordered to decide Plaintiff's reopened NACARA § 202 Application **within 120 days** of the date

of service of this Order. The Clerk is directed to mark this case **CLOSED**. Plaintiff may file a status report after 120 days in the event Defendant does not comply with this Order, requesting that this matter be re-opened.

**DONE AND ORDERED** in Miami, Florida, this 18th day of March, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record